PAUL J. STEINER, ESQ. (SBN 41117)
LAW OFFICES OF PAUL J. STEINER
550 California Street
Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone:    (415) 981-6100

Facsimile:    (415) 984-0950

Attorneys for Plaintiffs
DSSDR, LLC and
ANDREW G. BENSINGER

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DSSDR, LLC, a Florida Corporation; and ANDREW G. BENSINGER, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ZENITH INFOTECH LTD, an Indian, Corporation; AKASH SARAF, an Individual; CONTINUUM MANAGED SERVICES, LLC, a Delaware Corporation; fka ZENITH RMM; MICHAEL GEORGE, an Individual; SUMMIT PARTNERS, L.P., a Delaware Limited Partnership; and, DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: CV 12-4336 JSW<br><br><br>**STIPULATION FOR CHANGE OF OPPOSING AND REPLY SCHEDULES ON MOTION BY CONTINUUM, MICHAEL GEORGE AND SUMMIT PARTNERS TO DISMISS COMPLAINT**<br>and<br>**ORDER**<br><br>Date:    January 11, 2013<br>Time:    9:00 AM<br>Dept:    Courtroom 11<br>Judge:   Hon. Jeffrey S. White |

## STIPULATION

WHEREAS, Plaintiffs commenced this action in the Superior Court of California for the County of Alameda on August 6, 2012;

WHEREAS, the matter was removed to the United States District Court for the Northern District of California, San Francisco Division on August 16, 2012;

---

**STIPULATION AND ORDER ON MOTION BY CONTINUUM, GEORGE & SUMMIT PARTNERS TO DISMISS**
*DSSDR v. Zenith Infotech LTD, et al.*, Case No. C 12-04334 JSW                                                                Page 1

WHEREAS, on August 29, 2012, plaintiffs and defendants Continuum Managed Services, LLC, Michael George and Summit Partners, L.P. (the "Continuum Defendants") entered into a stipulation extending the Continuum Defendants' time to move, answer or otherwise respond to the complaint;

WHEREAS, on October 4, 2012 the Continuum Defendants filed their Motion to Dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and, alternatively, as to Michael George, Federal Rule of Civil Procedure 12(b)(2) (the "Motion to Dismiss") set for hearing on January 11, 2013;

WHEREAS, on or before October 18, 2012, plaintiffs' opposition is due to be filed in response to the Motion to Dismiss.

WHEREAS, the Motion to Dismiss is substantive and plaintiffs' counsel is scheduled to be out of state from October 11, 2012 returning to his office on October 22, 2012 and needs and has requested additional time within which to prepare and file an appropriate response and defendants are amenable, subject to Court approval, to an alteration of the schedule for opposition papers of plaintiffs and reply papers of defendants to be filed, as set forth below.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, subject to approval by the Court, as follows:

1. Plaintiffs shall file their opposition to the Motion to Dismiss by November 26, 2012;
2. The Continuum Defendants shall file their reply papers in support of the Motion to Dismiss by December 21, 2012.

**IT IS SO STIPULATED.**

DATED: October 12, 2012

LAW OFFICES OF PAUL J. STEINER

By:     /s/
PAUL J. STEINER
Attorneys for Plaintiffs DSSDR, LLC
and ANDREW G. BENSINGER

**STIPULATION AND ORDER ON MOTION BY CONTINUUM, GEORGE & SUMMIT PARTNERS TO DISMISS**
*DSSDR v. Zenith Infotech LTD, et al.*, Case No. C 12-04334 JSW     Page 2

DATED: October 12, 2012    WEIL, GOTSHAL & MANGES LLP

By: /s/
RICHARD W. SLACK,
Attorneys for Defendants CONTINUUM
MANAGED SERVICES, LLC, MICHAEL
GEORGE and SUMMIT PARTNERS, L.P.

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS ORDERED that the opposing and reply paper due dates for the Motion to Dismiss set for hearing on January 11, 2013 are altered and reset as follows:

1. Plaintiffs shall file their opposition to the Motion to Dismiss by November ~~26~~ 15, 2012;

2. The Continuum Defendants shall file their reply papers in support of the Motion to Dismiss by ~~December 21~~ November 29, 2012.

DATED: October 15, 2012

 /s/ Jeffrey S. White
JEFFREY S. WHITE, Judge
United States District Court
Northern District of California

**STIPULATION AND ORDER ON MOTION BY CONTINUUM,
GEORGE & SUMMIT PARTNERS TO DISMISS**
*DSSDR v. Zenith Infotech LTD, et al.*, Case No. C 12-04334 JSW    Page 3