UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DSSDR, LLC, and ANDREW G. BENSINGER,<br><br>                    Plaintiffs,<br><br>v.<br><br>ZENITH INFOTECH LTD, AKASH SARAF, CONTINUUM MANAGED SERVICES, LLC, MICHAEL GEORGE and SUMMIT PARTNERS, LP,<br><br>                    Defendants. | C.A. NO. 1:13-10026-FDS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all claims against the defendants Continuum Managed Services, LLC, Michael George and Summit Partners, LP be dismissed without prejudice.  Each party shall bear its own costs, legal fees and expenses, except as provided in Fed. R. Civ. P. 41(d).

| | |
|---|---|
| DSSDR, LLC, and Andrew G. Bensinger,<br>By Counsel, | Zenith Infotech, Ltd. And Akash Saraf<br>By their Counsel |
| /s/ Francis A. Connor, III | /s/ Laura G. Ryan |
| Francis A. Connor, III (BBO No. 561191)<br>Brendan T. Malvey (BBO No. 669809)<br>Taylor Duane Barton & Gilman, LLP<br>160 Federal Street, 5th Floor<br>Boston, MA 02110<br>Tel. (617) 654 8200<br>Fax: (617) 482-5350<br>fconnor@taylorduane.com<br>bmalvey@taylorduane.com | Laura G. Ryan (BBO No. 653793)<br>Gordon I. Endow (Pro Hac Vice)<br>Gordon & Rees LLP<br>275 Battery Street, Ste. 2000<br>San Francisco, CA 94111<br>Tel. (415) 986-5900<br>Fax. (415) 986-8054<br>lryan@gordonrees.com<br>gendow@gordonrees.com |

Continuum Managed Services, LLC, Michael George and Summit Partners, LP
By their Counsel,

 /s/ Richard W. Slack
Patrick J. O'Toole, Jr. (BBO No. 559267)
Richard W. Slack (Pro Hac Vice)
Michael D. Bell (Pro Hace Vice)
Weil Gotshal & Manges LLP
100 Federal Street
Boston, Ma 02110
Tel. (617) 772-8300
Fax. (917) 772-8333
patrick.otoole@weil.com
richard.slack@weil.com
michael.bell@weil.com

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, this document was filed with the ECF system to be electronically served upon all registered participants as identified on the Notice of Electronic Filing.

/s/ Frank A. Connor, III